# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| SARAH BISHOP,<br><br>Plaintiff,<br><br>– v. –<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No.: **3:19-cv-00046-RGJ**<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR TERM TO FILE STIPULATION OF DISMISSAL** |

Plaintiff, Sarah Bishop, through her undersigned attorney, respectfully states and prays as follows:

1. On January 16, 2019, Plaintiff filed the complaint in this case against Capital One Bank (USA), N.A. (Dkt. 1). After service of process, on March 18, 2019, Defendant filed its Answer to Complaint (Dkt. 8).

2. The parties reached, in principle, an agreement to settle the case.

3. The parties propose to have executed a private settlement agreement and be in a position to file a stipulated dismissal of the case within 21 days. In light of the case's settlement, the parties in good faith submit that the applicable case management deadlines and scheduled conference may be set aside.

Wherefore, Plaintiff respectfully requests this Honorable Court to take notice of the case's settlement, set aside the scheduled conference, and allow the parties a period of 21 days to file a stipulation dismissing this matter.

Respectfully submitted, on this 1st day of August, 2019.

By: */s/ Carlos C. Alsina*
Carlos C. Alsina-Batista
Attorney for Plaintiff - *Admitted Pro hac vice*
The Law Offices of Jeffrey Lohman, P.C
4740 Green River Rd., Ste 310
Corona, CA 92880
T: (657) 363-3331
E: CarlosA@jlohman.com

**Certificate of Service**

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will notify all parties, through their attorneys of record, including Counsel for Defendant, **Capital One Bank (USA), N.A., Maria A. Gall.**

Dated: August 1, 2019                    RESPECTFULLY SUBMITTED,

                                         By: **/s/ Carlos C. Alsina**
                                         Carlos C. Alsina-Batista
                                         Attorney for Plaintiff, Sarah Bishop