# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

SARAH BISHOP,

    Plaintiffs,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Case No.: 3:19-cv-00046-RGJ-CHL

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff SARAH BISHOP ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

That all of Plaintiff's claims in this action against Defendant are DISMISSED WITH PREJUDICE, with each party to bear her or its own costs and fees.

It is so ORDERED this 16th day of September, 2019.

- 2 -

AGREED TO:

THE LAW OFFICES OF JEFFREY LOHMAN, P.C.　　BALLARD SPAHR LLP

By: */s/ Carlos C. Alsina*　　　　　　　　　　By: */s/ Maria A. Gall*  (with permission)
    Carlos Alsina-Batista, Esq.　　　　　　　　　    Maria A. Gall, Esq.
    4740 Green River Road, Suite 310　　　　　    1980 Festival Plaza Dr., Suite 900
    Corona, CA  92880　　　　　　　　　　　　    Las Vegas, NV 89135
    Tel: (866) 329-9217　　　　　　　　　　　    Tel:  702-471-7000
    Fax. (657) 246-1311　　　　　　　　　　　    Fax: 702-471-7070
    Email: CarlosA@jlohman.com　　　　　　    Email: gallm@ballardspahr.com

*COUNSEL FOR PLAINTIFF*　　　　　　　　　　*COUNSEL FOR DEFENDANT*

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on September 16, 2019, a true and correct copy of the foregoing AGREED ORDER OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

Maria A. Gall, Esq.
Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
Tel: 702-471-7000
Fax: 702-471-7070
Email: gallm@ballardspahr.com

COUNSEL FOR DEFENDANT

      /s/ Carlos C. Alsina
      Carlos Alsina-Batista, Esq.
      4740 Green River Road, Suite 310
      Corona, CA 92880
      Tel: (657) 363-3331
      Fax. (657) 246-1311
      Email: CarlosA@jlohman.com

      COUNSEL FOR PLAINTIFF