UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SARAH BISHOP,<br><br>    Plaintiffs,<br><br>v.<br><br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.: 3:19-cv-00046-RGJ-CHL |

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff SARAH BISHOP ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

That all of Plaintiff's claims in this action against Defendant are DISMISSED WITH PREJUDICE, with each party to bear her or its own costs and fees.

It is so ORDERED this 16th day of September, 2019.

AGREED TO:

| | |
|---|---|
| THE LAW OFFICES OF JEFFREY LOHMAN, P.C. | BALLARD SPAHR LLP |
| By: */s/ Carlos C. Alsina*<br>    Carlos Alsina-Batista, Esq.<br>    4740 Green River Road, Suite 310<br>    Corona, CA  92880<br>    Tel: (866) 329-9217<br>    Fax. (657) 246-1311<br>    Email: CarlosA@jlohman.com | By: */s/ Maria A. Gall*  (with permission)<br>    Maria A. Gall, Esq.<br>    1980 Festival Plaza Dr., Suite 900<br>    Las Vegas, NV 89135<br>    Tel:  702-471-7000<br>    Fax: 702-471-7070<br>    Email: gallm@ballardspahr.com |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |

- 3 -

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, a true and correct copy of the foregoing AGREED ORDER OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

Maria A. Gall, Esq.
Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, NV 89135
Tel: 702-471-7000
Fax: 702-471-7070
Email: gallm@ballardspahr.com

COUNSEL FOR DEFENDANT

/s/ Carlos C. Alsina
Carlos Alsina-Batista, Esq.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel: (657) 363-3331
Fax. (657) 246-1311
Email: CarlosA@jlohman.com

COUNSEL FOR PLAINTIFF